

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-16-2013

# In Re: Tarireef White

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-3603

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Tarireef White " (2013). *2013 Decisions.* Paper 984.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/984

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

motion—we will dismiss the mandamus petition as moot. See Blanciak v. Allegheny

Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).

motion—we will deny his mandamus petition as moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).